# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL SCOTT MARKEL,

                Appellant

                v.

MICHAEL C. POTTEIGER, IN HIS
CAPACITY AS CHAIRMAN OF THE
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

                Appellee

: No. 84 MAP 2014
:
: Appeal from the order of the
: Commonwealth Court dated June 9, 2014
: at No. 41 MD 2014
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                **DECIDED:  April 27, 2015**

     **AND NOW,** this 27th day of April, 2015, Appellant's "Petition for Leave to File Reply Brief *Nunc Pro Tunc*" is **GRANTED** and the order of the Commonwealth Court is **AFFIRMED**.